# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**RACHEL M. CORDOVA,**

        **Plaintiff,**

vs.                                                Civ. No. 18-103 SMV

**NANCY A. BERRYHILL,**
*Deputy Commissioner for Operations,*
*performing the duties and functions*
*not reserved to the Commissioner*
*of the Social Security Administration*,

        **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through July 2, 2018, to serve her Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through August 31, 2018 to serve her Response, and Plaintiff through September 14, 2018 to serve her Reply.

                                                HONORABLE STEPHAN M. VIDMAR
                                                UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860


<u>Email Approval on June 11, 2018</u>
Manuel Lucero AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax